226 So.2d 770

Thomas Edward HAIRE

v.

ALLSTATE INSURANCE COMPANY et al.

AETNA CASUALTY & SURETY COMPANY

v.

Gayle SMITH et al.

No. 50006.

Oct. 8, 1969.

In re: Gayle Smith and Allstate Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Webster. 224 So.2d 531, 224 So.2d 536.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

226 So.2d 770

BONFANTI INDUSTRIES, INC.

v.

TEKE, INC., et al.

No. 50008.

Oct. 8, 1969.

In re: Teke, Inc., et al applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 224 So.2d 15.

Writ refused. The judgment is correct.